

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00027-CR

CARLOS RUBEN ZUNIGA                                    APPELLANT

V.

THE STATE OF TEXAS                                          STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Pro se appellant Carlos Ruben Zuniga attempts to appeal his plea-bargained conviction and nine-year sentence for unlawfully possessing a firearm.[2] The trial court sentenced appellant on August 16, 2013. His notice of

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Tex. Penal Code Ann. § 46.04(a) (West 2011). As part of his plea bargain, appellant waived constitutional and statutory rights and judicially confessed to the indictment's allegations.

appeal was therefore due on September 16, 2013.  *See* Tex. R. App. P. 4.1(a), 26.2(a)(1).  He did not file the notice of appeal, however, until January 2, 2014.  Also, the trial court certified that appellant had entered into a plea bargain and had "NO right of appeal."

On January 24, 2014, we sent a letter to appellant.  In it, we informed him about the contents of the trial court's certification and advised him that if he did not file a response showing grounds for continuing the appeal by February 3, 2014, the appeal could be dismissed.  *See* Tex. R. App. P. 44.3.  Appellant has not responded.  Therefore, because our record does not contain a certification from the trial court showing that appellant has a right to appeal, we dismiss the appeal.[3]  *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Lara v. State*, No. 02-13-00561-CR, 2014 WL 177533, at *1 (Tex. App.—Fort Worth Jan. 16, 2014, no pet.) (mem. op., not designated for publication).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  March 13, 2014

---

[3]Appellant's untimely notice of appeal likewise requires dismissal.  *See* Tex. R. App. P. 25.2(b), 26.2(a); *Swain v. State*, 319 S.W.3d 878, 880 (Tex. App.—Fort Worth 2010, no pet.) (mem. op.).

2